Argued February 9—decided February 9, 1967

JEROME L. PINCO ET AL. *v.* ZONING BOARD OF APPEALS
OF THE CITY OF MILFORD

The defendant having filed a motion for a directed
judgment in its favor pursuant to Practice Book
§ 696 in the appeal from the Court of Common Pleas

in New Haven County, it is ordered that the motion for a directed judgment be, and hereby is, granted unless the plaintiffs (appellees) on or before March 15, 1967, file a brief as required by the Connecticut Practice Book.

*Robert Kapusta,* assistant city attorney, for the appellant (defendant).

*Jerome L. Pinco,* pro se, the appellee (named plaintiff).

Argued February 9—decided February 10, 1967